UNITED STATES, Appellee

v

EARL W. STARLING, Fireman Apprentice, U. S. Navy, Appellant

22 USCMA 346, 46 CMR 346

No. 26,670

June 8, 1973

 

*Lieutenant Jeffrey H. Bogart,* JAGC, USNR, was on the pleadings for Appellant, Accused.

*Lieutenant Colonel G. L. Bailey,* USMC, and *Lieutenant E. Alan Hechtkopf,* JAGC, USNR, were on the pleadings for Appellee, United States.

### Opinion of the Court

PER CURIAM:

The decision of the Court of Military Review is affirmed. United States v O'Brien, 22 USCMA 325, 46 CMR 325 (June 8, 1973); United States v Alderman, 22 USCMA 298, 46 CMR 298 (May 25, 1973).

Chief Judge Darden would affirm the decision below for the reasons set forth in his separate opinion in United States v Alderman, supra.